IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-mj-158 |
| | ) | |
| JASMINE A. THOMAS, | ) | Court Date: April 22, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – 7812978)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 10, 2024, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JASMINE A. THOMAS, did willfully conceal and purloin, property of the Marine Corps Exchange, a department or agency of the United States.

(In violation of Title 18, United States Code, Section 641.)

                                    Respectfully submitted,

                                    Jessica D. Aber
                                    United States Attorney

By:           /s/           
          Vincent Salem
          Special Assistant United States Attorney
          United States Attorney's Office
          Eastern District of Virginia
          2100 Jamieson Avenue
          Alexandria, VA 22314
          Phone: 703-299-3902
          Fax: 703-299-3980
          Email: vincent.salem@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 18, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Vincent Salem
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: vincent.salem@usdoj.gov